■ HUNT S. KERRIGAN, Respondent, v. ARNOLD WELLES, Appellant, et al., Defendant.— Order entered May 17, 1968, unanimously modified, on the law, by striking the first and second ordering paragraphs. The court having found that there was lack of jurisdiction, the paragraphs referred to had no legal effect. The order as thus modified is affirmed, without costs or disbursements. Concur — Stevens, P. J., Eager, Markewich, Nunez and Steuer, JJ.

## SECOND DEPARTMENT, FEBRUARY, 1969.

## (February 3, 1969)

■ In the Matter of THOMAS F. GORDON, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Motion by petitioner to amend the decision [30 A D 2d 807] and order of this court, both dated July 1, 1968, as amended by order of this court dated August 21, 1968, so as to change the effective date of respondent's one-year suspension from the practice of law. Motion denied. Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.

■ In the Matter of SANTO R. SGARLATO, JR., an Attorney, Respondent. SOLOMON A. KLEIN, Petitioner.— Renewed motion by respondent, a suspended attorney, for a rehearing and to vacate the order of suspension or for reconsideration of the imposition of the suspension. Motion denied in all respects. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEAN ZEISER BACH, Appellant.— Motion by respondent insofar as it is to amend, change and settle the transcript of the record on appeal is referred to the County Court, Dutchess County. Where, as in the case at bar, the Trial Judge had died, and the transcript of the stenographic minutes cannot be settled by the attorneys for the parties, this court, pursuant to statute (Code Crim. Pro., § 458), at the request of a party, may provide for the settlement of the transcript in such manner as this court directs (see *People* v. *Gallella*, 23 A D 2d 285; see, also, CPLR 5525, 9002). Motion by respondent, insofar as it is to enlarge time, granted as follows: time to serve and file respondent's brief enlarged to March 17, 1969; appeal adjourned to the April Term, which begins March 31, 1969. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.